CHEEK NEAL COFFEE COMPANY, Appellant, v. OSAKA SHOSEN KAISHA,* Appellee.

No. 5828.

Circuit Court of Appeals, Fifth Circuit.

May 16, 1930.

Henry P. Dart, Jr., and Eberhard P. Deutsch, both of New Orleans, La. (Dart & Dart, of New Orleans, La., Single & Single, of New York City, and Deutsch & Kerrigan, of New Orleans, La., on the brief), for appellant.

Geo. H. Terriberry and Walter Carroll, both of New Orleans, La. (Terriberry, Young, Rault & Carroll, of New Orleans, La., on the brief), for appellee.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM.

In this case we are content to adopt the opinion of the District Judge reported in 36 F.(2d) 256.

The decree is affirmed.